# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT MICHIGAN

| | |
|---|---|
| STRIKE 3 HOLDINGS, LLC, | ) |
| Plaintiff, | ) ) ) Case No. 2:19-cv-10204-DPH-APP |
| v. | ) ) ) |
| JOHN DOE, subscriber assigned IP address 23.28.47.108, | ) ) ) |
| Defendant. | ) ) |

## STIPULATION OF DISMISSAL WITHOUT PREJUDICE

Plaintiff Strike 3 Holdings, LLC ("Plaintiff") and Defendant John Doe, subscriber assigned IP address 23.28.47.108 ("Defendant"), by their undersigned counsel, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, hereby stipulate that all claims asserted against each other in Case No. 2:19-cv-10204-DPH-APP are hereby dismissed without prejudice with each party to bear its own costs and attorneys' fees.

WHEREFORE, Plaintiff and Defendant respectfully request that this Court enter an order dismissing without prejudice all Plaintiff's and Defendant's claims against each other, with each party to bear its own costs and attorneys' fees.

Consistent herewith, Plaintiff and Defendant consent to the Court having its case closed for administrative purposes.

Respectfully submitted,

| | |
|---|---|
| */s/ Joel A. Bernier*_____ | */s/ John T. Hermann*_____ |
| Joel A. Bernier, Esq. (P74226) | John T. Hermann, Esq. |
| Boroja, Bernier & Associates, PLLC | 2684 W. Eleven Mile Road |
| 49139 Schoenherr | Suite 100 |
| Shelby Township, MI 48315 | Berkley, MI 48072 |
| Phone:  586-991-7611 | Phone:  248-591-9291 |
| Email: bbclawgroup@gmail.com | hermannlawoffices@comcast.net |
| *Attorneys for Plaintiff* | *Attorney for Defendant* |

## CERTIFICATE OF SERVICE

I hereby certify that on September 13, 2019 I electronically filed the foregoing document with the Clerk of the Court and all parties using the CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system.

/s/ *Joel A. Bernier*
**By: JOEL A. BERNIER (P74226)**

## CERTIFICATE OF COMPLIANCE

Pursuant to E. D. Mich. LR 5.1(a) I hereby certify that the foregoing has been prepared using one of the font and point selections approved by the Court in E. D. Mich. LR 5.1(a)(3). This document was prepared using Times New Roman (14 pt.).

/s/ *Joel A. Bernier*
**By: JOEL A. BERNIER (P74226)**